# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

                                        **Plaintiff,**

         **-vs-**                                                    **Case No.  05-CR-276**

**ERIC S. BARKSDALE,**

                                        **Defendant.**

## ORDER

Defendant, Eric S. Barksdale ("Barksdale"), appeals the denial by Magistrate Judge

Aaron E. Goodstein of Barksdale's Motion to Suppress Statements.

This court has reviewed the recommendation and read the parties' submissions on this

de novo review and rules as follows:

Magistrate Judge Goodstein's recommendation will be adopted by this court in toto. The

authorities cited and the rationale utilized by the Magistrate Judge support the conclusions

reached.  Therefore,

**IT IS HEREBY ORDERED** that Barksdale's Motion to Suppress is **denied**.

The court's clerk will contact the parties to schedule a jury trial date.

Dated at Milwaukee, Wisconsin, this 27th day of September, 2006.

                                        **SO ORDERED,**

                                        **s/Rudolph T. Randa**
                                        **HON. RUDOLPH T. RANDA**
                                        **Chief Judge**